UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION**

Case No. 2:18-md-2846

Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

**This document relates to:**
*Burchfield v. C.R. Bard, Inc., et al.*
Case No. 2:19-cv-1862

## ORDER

This matter is before the Court on Plaintiff's unopposed Motion to Substitute Party and Amend Complaint. (ECF No. 5.) Rule 25 provides that, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party." Fed. R. Civ. P. 25(a)(1). "A motion for substitution may be made by any party or by the decedent's successor or representative." *Id.*

Following Plaintiff's death, Corinne Burchfield was appointed the administrator of Plaintiff's estate. (ECF No. 5-2.) Plaintiff now moves for the substitution of Corinne Burchfield, as Administrator of the Estate of Victor Burchfield, as the proper plaintiff. (ECF No. 5.) Plaintiff's unopposed Motion to Substitute and Amend Complaint is **GRANTED**. The Clerk is directed to substitute Corinne Burchfield, as Administrator of the Estate of Victor Burchfield, as Plaintiff in place of Victor Burchfield.

**IT IS SO ORDERED.**


**2/7/2024**                                           **s/Edmund A. Sargus, Jr.**
**DATE**                                                 **EDMUND A. SARGUS, JR.**
                                                        **UNITED STATES DISTRICT JUDGE**